TM

**FILED**

FEB 28 2017 TM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHA D. EATMAN | Case No. **17 CR 119**<br><br>**JUDGE KENDALL**<br>Violation: Title 18, United States Code, Section 922(g)<br><br>**JUDGE KENDALL**<br>**MAGISTRATE JUDGE VALDEZ** |

The SPECIAL DECEMBER 2016 GRAND JURY charges:

On or about August 19, 2016, at Chicago, in the Northern District of Illinois, Eastern Division, and elsewhere,

MICHA D. EATMAN,

defendant herein, previously having been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting interstate commerce a firearm, namely, a loaded Taurus Millennium PT111 G2 9mm blue steel semiautomatic pistol with a 3.2" barrel, bearing serial number TIP95129, which firearm had traveled in interstate commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g).

## FORFEITURE ALLEGATION

The SPECIAL DECEMBER 2016 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Taurus Millennium PT111 G2 9mm blue steel semiautomatic pistol with a 3.2" barrel, bearing serial number TIP95129, and associated ammunition.

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY