# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

July 25, 2019

BEFORE

**DIANE P. WOOD, Chief Judge**

| No. 18-2525 | UNITED STATES OF AMERICA,<br> Plaintiff - Appellee<br><br>v.<br><br>MICHA EATMAN,<br> Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:17-cr-00119-1<br>Northern District of Illinois, Eastern Division<br>District Judge Virginia M. Kendall ||

Upon consideration of the **APPELLANT'S UNOPPOSED MOTION TO POSTPONE ORAL ARGUMENT**, filed on July 23, 2019, by counsel for Appellant Micha Eatman,

**IT IS ORDERED** that the motion is **GRANTED** and the oral argument in this appeal scheduled for September 4, 2019, is **VACATED**.

form name: **c7_Order_Arg_M_O_Vac**(form ID: **224**)