# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**FINAL JUDGMENT**

November 1, 2019

Before:  WILLIAM J. BAUER, Circuit Judge
MICHAEL B. BRENNAN, Circuit Judge
AMY J. ST. EVE, Circuit Judge

CERTIFIED COPY
A True Copy
Teste:
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

| No. 18-2525 | UNITED STATES OF AMERICA, Plaintiff - Appellee<br><br>v.<br><br>MICHA EATMAN, Defendant - Appellant |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:17-cr-00119-1<br>Northern District of Illinois, Eastern Division<br>District Judge Virginia M. Kendall ||

The judgment of the District Court is **AFFIRMED** in accordance with the decision of this court entered on this date.

form name: **c7_FinalJudgment**(form ID: **132**)