United States District Court
Northern District of Illinois
Eastern Division

| | |
|---|---|
| United States of America<br><br>v.<br><br>Micha D. Eatman | Case No. 17 CR 119<br><br>District Judge Virginia Kendall<br><br>**FILED**<br>OCT 14 2020 SH<br>THOMAS G. BRUTON<br>CLERK, U.S. DISTRICT COURT |

Motion of Compassionate release
Under the Cares act 5050.50 18 USC 3582
Due to outbreak of Virus Covid-19

This matter comes before the court for its consideration of compassionate release. As the CDC guidelines make clear Covid-19 is a very serious virus that is killing people at a very high pace. People with moderate to severe asthma, or any other form of respiratory issues are at great risk. And therefore need to take more care of themselves. But due to the fact that we are in prison and we're limited to the things in which the CDC states could help prevent us from catching the virus isn't readily available to us such as ppe-like the N-95 face masks, gloves, gowns, or the face shield all of which is being giving to the staff. Which means that we can only be partly protected. We are facing a losing

battle. I myself do not have any real health issues but this virus isnt just harmful For people whom are sick nor is it only killing them. it is hitting every body. I am being subject to face death. When that was not the sentence that was given to me. currently Covid-19 cases are in this facility And spreading since August. And due to the fact that we are stuck inside the prison, clearly shows that the staff here has failed to protect us. They have allowed their workers into the institution without the proper testing. And therefore exposing the inmates to something we have no power to fight. I believe this would amount to cruel and unusual punistment. Which is why i am respectfully as well as humbly asking the court to grant me the Motion of Compassionate release, And/or home confinment. IF i may further explain the situtaion im facing. As of August 19th we where locked down due to a confirmed case of Covid "Which needed to be contained." September 1st we got tested 30 some guys came back postive they were removed from the unit. And we have been tested every week since. the second week september 7th 20 guys tested postive And they were removed Like the first group of guys. But brought the first group of postive cases back with guys whom have come back negative. twice without even testing them to see if they would come back negative. And no longer carried the virus. this has been done a total of six times & each week more guys test postive. the number of guys whom come back gets lower each week at least 60 guys alone

alone have come back postive And one has died from this virus. in total it has been 200 guys test postive three inmate's have died as well as one staff member. Leaving guys like Me whom is testing negative each time once again Fighting a Losing battle. And the way the staff here is handling this whole situation is Leading me to honestly believe that our lives isnt of their concern. Once again i do not have any pressing health issues which would put Me in the zone of High risk, But yet im still at risk and i dont feel safe in this enviroment with death this close to me so to say. I was sentenced to 76 month's on June 29th 2018 in your courtroom i have served about 75% of. And i am now at the end of. also one i have fully acceptted in every manner such as the reason you choose to give me the sentence you felt was right for me. I have also fully accepted My actions for that i would like to thank you sincerely. upon My sentence you have open my eye's And you spoke Life into me, that was something i needed as well. You showed me compassion then As well as giving me the tool's i needed to become the man i have become. I have Made all the right choices. I have gotten my GED taken Drug classes and I haved work every day building Life skills And all the while ive been a Model inmate. Im stating all of these thing to show my growth also because i need you to know that i took everything you said to me serious that day. And im asking for you to take this matter as serious as i taken the words you given me. So can I please be granted

Compassionate release And/or home confinement from your Honor I just wanna make it my family. So i can show that the system can help make men better people, son's, Husband's and father's given the Right insight.

# Office of the State Superintendent of Education

This Certifies That

## MICHA EATMAN

having satisfactorily completed the Tests of General Educational Development with scores comparable to those of high school graduates, is hereby awarded this

## High School Equivalency Credential

and is entitled to all the Rights and Privileges appertaining thereto. In witness whereof our names are hereto affixed, this the 24th Day of January, 2019

**Hanseul Kang**
State Superintendent of Education

**Antoinette S. Mitchell, Ph.D.**
Assistant Superintendent
Postsecondary and Career Education

**Philip L. PremDas**
GED Administrator



District of Columbia
Office of the State
Superintendent of Education



GOVERNMENT OF THE DISTRICT OF COLUMBIA
MURIEL BOWSER, MAYOR



```
 THAVU            *           INMATE EDUCATION DATA          *      02-24-2020
PAGE 001 OF 001  *                TRANSCRIPT                 *        07:41:29

REGISTER NO: 51966-424       NAME..: EATMAN                    FUNC: PRT
FORMAT.....: TRANSCRIPT      RSP OF: THA-TERRE HAUTE FCI

---------------------------- EDUCATION INFORMATION ----------------------------
FACL ASSIGNMENT DESCRIPTION                    START DATE/TIME STOP DATE/TIME
THA  ESL HAS    ENGLISH PROFICIENT             08-01-2018 0817 CURRENT
THA  GED EARNED GED EARNED IN BOP              01-24-2019 1523 CURRENT

----------------------------- EDUCATION COURSES -------------------------------
SUB-FACL   DESCRIPTION                    START DATE  STOP DATE  EVNT AC LV  HRS
THA        RPP6 GROWTH & DEVELOPMENT      02-04-2020  02-04-2020  P   C  P    1
THA        RPP5 RELEASE REQUIREMENTS      02-04-2020  02-04-2020  P   C  P    1
THA        RPP4 COMMUNITY RESOURECES-USPO 02-04-2020  02-04-2020  P   C  P    1
THA        RPP4 COMMUNITY RESOURCES-RRC   02-04-2020  02-04-2020  P   C  P    1
THA        RPP3 PERSONAL FINANCE/CONSUMER 02-04-2020  02-04-2020  P   C  P    1
THA        RPP2 EMPLOYMENT RESUME WRITING 02-04-2020  02-04-2020  P   C  P    1
THA        RPP(1) HEALTH AND NUTRITION    02-04-2020  02-04-2020  P   C  P    1
THA        INT GED 1230-200 BARKER        09-11-2018  01-24-2019  P   C  P   71

------------------------------ HIGH TEST SCORES -------------------------------
TEST         SUBTEST       SCORE     TEST DATE     TEST FACL    FORM     STATE
GED READY    MATH          147.0     01-22-2019    THA          RH       DC
             RLA           159.0     11-15-2018    THA          RC       DC
             SCIENCE       145.0     11-08-2018    THA          RA       DC
             SOC STUDY     151.0     10-29-2018    THA          RA       DC
GED 2014     MATH          145.0     01-24-2019    THA                   DC
             RLA           161.0     11-16-2018    THA                   DC
             SCIENCE       153.0     11-13-2018    THA                   DC
             SOC STUDY     148.0     11-06-2018    THA                   DC
TABE D       BATTERY         6.3     09-10-2018    THA          10S
             LANGUAGE        5.6     09-10-2018    THA          10S
             MATH APPL       6.1     09-10-2018    THA          10S
             MATH COMP       5.6     09-10-2018    THA          10S
             READING         8.6     09-10-2018    THA          10S
             TOTAL MATH      5.9     09-10-2018    THA          10S




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

NAME: Micha Eatman
NUMBER: 51966-424
Federal Correctional Institution
P.O. Box 33
Terre Haute, IN 47808

Legal Mail

INDIANAPOLIS IN 460
8 OCT 2020 PM 4 L



Judge Virginia M. Kendall
219 S. Dearborn St
Courtroom 2319
Chicago, IL 60604

2020 OCT 14 AM 11:

INMATE IDENTIFICATION CONFIRMED

60604-170299

